UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MVP KOSHER FOODS LLC,

                Plaintiff,

-against-                      No. 14-6072 (JMA) (ARL)

EMPIRE KOSHER POULTRY, INC.,      **STIPULATION OF DISMISSAL
WITH PREJUDICE**

                Defendant.

-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties to the above action, by their undersigned counsel, that whereas no party is an infant, or an incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, this action is hereby discontinued with prejudice and without costs or fees to either party in accordance with the settlement agreement, dated July 14, 2015 between the parties and incorporated herein. This stipulation may be executed in counterparts, and by facsimile (or otherwise executed electronically), each of which when so executed shall be deemed original.

Dated: July 15, 2014

SIRI & GLIMSTAD LLP
*Attorneys for Plaintiff*

By: _____
Aaron Siri
120 East 31st Street
New York, NY 10016
(212) 532-1091

MOSES & SINGER LLP
*Attorneys for Defendants*

By: _____
Philippe Zimmerman
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

7